IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NIAGARA RISK MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS KOLONGOWSKI, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 16-719 |

## ORDER

**AND NOW**, this 17th day of February 2017, upon consideration of Plaintiff's Motion for Contempt (Doc. No. 29) and Defendants' Response (Doc. No. 30), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Contempt is **GRANTED**;

2. Plaintiff shall submit an affidavit certifying the legal fees and other costs that it has incurred as a result of Defendant Kolongowski's civil contempt within fourteen (14) days of the date of this Order;

3. Defendant Kolongowski shall submit an affidavit certifying the total amount that Trident Risk Advisors, LLC has invoiced The Castle Group within fourteen (14) days of the date of this Order.

4. After receipt of the affidavits, a final Order will be entered for the total amount of the civil contempt sanctions.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.