IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST NIAGARA RISK MANAGEMENT, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| THOMAS KOLONGOWSKI, | : | |
| Defendant. | : | NO.   16-00719 |

## PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against __Thomas E. Kolongowski__ and against __TD Bank N.A. its parents, subsidiaries, affiliates and related entities__

*(Name and Address of Garnishee)*

garnishee, and index this writ against* _____ _____ and against _____ _____ as garnishee, as a lis pendens against real property of the judgment debtor in the name of the garnishee, as follows:

_____

_____

|  |  |  |
|---|---|---|
| Amount Due | $ | $130,015.34 |
| Interest from _____ | $ | N/A |

/s/ Kelly Dobbs Bunting
_____
Attorney for
Plaintiff First Niagara Risk
Management, Inc.

Date: __6/2/2017__

*Applicable to real estate only [Rule 3104(c) Pa. R.C.P.).

Civ637 (7/00)